IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02563-BNB

GARY A. GRADY,
    Applicant,

v.

AL ESTEP, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO J. W. SUTHERS,
    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 6 2006

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISCHARGE SHOW-CAUSE ORDER

---

On January 10, 2006, Magistrate Judge O. Edward Schlatter ordered Applicant Gary A. Grady to show cause why the instant application should not be denied as a mixed petition for failure to exhaust state remedies as to each of his asserted claims. On February 14, 2006, Mr. Grady filed a response to the order to show cause. Based upon the information provided in the response, it appears that Mr. Grady has exhausted state remedies as to each of his claims. Therefore, the application will not be denied at this time for failure to exhaust state remedies. The January 10 show-cause order will be discharged. Accordingly, it is

ORDERED that the January 10, 2006, order to show cause is discharged.

DATED February 16, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02563-BNB

Gary A. Grady
Prisoner No. 61989
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/16/06

GREGORY C. LANGHAM, CLERK

By: [signature]
Deputy Clerk